O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

#35/36

CIVIL MINUTES - GENERAL

| Case No. | CV 08-3455 PSG (JWJx) | Date | March 6, 2009 |
|---|---|---|---|
| Title | Roy Sudduth v. Jerry Bulosan | | |

| Present: | The Honorable Philip S. Gutierrez, United States District Judge |
|---|---|

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):         Attorneys Present for Defendant(s):

        Not Present                                           Not Present

**Proceedings:**   **(In Chambers) Order Denying Plaintiff's Motion to Stay**

    On February 12, 2009, Roy Sudduth ("Plaintiff") filed a Motion to Stay All Proceedings in the matter of *Roy Sudduth v. Jerry Bulosan*, CV 08-3455 PSG (JWJx). Plaintiff argues that a stay is appropriate because he needs time to secure legal counsel.[1] However, the Court disagrees.

    Federal Rule of Civil Procedure 62 ("Rule 62") provides that a trial court has discretion to stay proceedings or a judgment in certain circumstances, none of which involve the securing of legal counsel and none of which apply in this case. For instance, Rule 62(a), (b), (c), (f), and (h) provide that, in certain circumstances, a trial court has discretion to enter a stay after an interlocutory order or judgment has been entered. In this case, neither an interlocutory order nor judgment has been entered. Accordingly, a stay is not appropriate under these provisions.

    Likewise, Rule 62(c), (d), and (e) provide that, in certain circumstances, when an appeal has been taken, the court may order a stay. In this case, no appeal has been taken. Accordingly, a stay is not appropriate under these provisions.

    Rule 62(g) is similarly inapplicable, as that provision states only that the provisions of Rule 62 apply do not limit appellate courts.

    Because Rule 62 is inapplicable in the instant case, the Court DENIES Plaintiff's Motion to Stay.

---

[1] Plaintiff fails to cite the Court to any authority to support this argument.

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**#35/36**

## CIVIL MINUTES - GENERAL

| Case No. | CV 08-3455 PSG (JWJx) | Date | March 6, 2009 |
|---|---|---|---|
| Title | Roy Sudduth v. Jerry Bulosan | | |

**IT IS SO ORDERED.**